# Court of Appeals
# of the State of Georgia

ATLANTA,  May 02, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1238. SIFUR RAHAMAN v. THE STATE.**

In 2018, Sifur Rahaman was convicted of aggravated battery. He filed a timely motion for new trial, which the trial court denied in November 2020. The following year, Rahaman filed a motion for an out-of-time appeal, asserting that he had not received notice of the denial of his motion for new trial until July 2021. The trial court granted Rahaman an out-of-time appeal, and he filed this appeal.

The Georgia Supreme Court recently eliminated the judicially created out-of-time-appeal procedure in trial courts. *Cook v. State*, ___ Ga. ___ (5) (Case No. S21A1270, decided March 15, 2022) (applying the holding "to all cases that are currently on direct review or otherwise not yet final"). In light of *Cook*, Rahaman has filed a motion to remand this case to the superior court to determine whether he received timely notice of the denial of his motion for new trial and, if not, to allow the trial court to re-enter the order denying his motion for new trial. See, e.g., *McCurley v. State*, 345 Ga. App. 856, 857 (815 SE2d 188) (2018).

The trial court's order granting the motion for out-of-time appeal is hereby VACATED, Rahaman's motion to remand is hereby GRANTED, and this case is REMANDED to the trial court to determine if Rahaman received timely notice of the denial of his motion for new trial. On remand, the trial court is DIRECTED to enter

an order dismissing the motion for an out-of-time appeal. See *Rutledge v. State*, ___ Ga. ___ (Case No. S21A1036, decided March 15, 2022).



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __05/02/2022__

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*